# Court of Appeals
# of the State of Georgia

ATLANTA,____April 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1520.  JENNIFER SHURLEY v. THE STATE.**

In 2011, Jennifer Shurley was sentenced as a first offender to five years on probation for burglary. In 2015, the trial court revoked her probation for the commission of a new felony, adjudicated her guilty on the 2011 charges, and re-sentenced her. Shurley filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of Shurley's appeal is the revocation of her first offender probation, she was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). Shurley's failure to file an application for discretionary appeal deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____ 04/30/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*